IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20150
Conference Calendar
_____

DAVID J. MORRISON

                              Plaintiff-Appellant,

versus

GARY JOHNSON; VICTOR RODRIGUEZ,

                              Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CV-4028
--------------------
June 14, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

     Texas inmate, David J. Morrison, # 425314, has filed a

motion for leave to proceed in forma pauperis (IFP) on appeal,

following the district court's dismissal as frivolous of his

civil rights action pursuant to 42 U.S.C. § 1983.  By moving for

IFP status, Morrison is challenging the district court's

certification that IFP status should not be granted on appeal

because his appeal is not taken in good faith.  See Baugh v.

Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Morrison has failed to challenge specifically the district court's finding that his appeal was not taken in good faith and was legally frivolous. Although this court liberally construes <u>pro</u> <u>se</u> briefs, <u>see</u> <u>Grant v. Cuellar</u>, 59 F.3d 523, 524 (5th Cir. 1995), the court requires arguments to be briefed in order to be preserved. <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993). Because Morrison has failed to address the only appealable issue, the district court's certification of the appeal as frivolous, he has abandoned the issue on appeal. <u>See</u> <u>id</u>.

Morrison's request for IFP status is DENIED, and his appeal is DISMISSED as frivolous. <u>See</u> <u>Baugh</u>, 117 F.3d at 202 & n.24; 5TH CIR. R. 42.2. The dismissal of this appeal as frivolous counts as a "strike" for purposes of § 1915(g), as does the district court's dismissal of Morrison's complaint as frivolous. <u>See</u> <u>Adepegba v. Hammons</u>, 103 F.3d 383, 385-87 (5th Cir. 1996). He therefore has two "strikes" under § 1915(g). Morrison is WARNED that if he accumulates three "strikes" pursuant to § 1915(g), he may not proceed IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. <u>See</u> § 1915(g).

IFP DENIED; APPEAL DISMISSED AS FRIVOLOUS; STRIKE WARNING ISSUED